# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 19-24-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO SEAL DOCUMENTS TEN AND ELEVEN |
| SIERRA SHAWNEE TAYLOR, *aka Sierra Schildt,* | |
| Defendant. | |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that documents ten and eleven filed in this case are SEALED.

DATED this 4th day of June, 2019.

Hon. Brian M. Morris
United States District Judge