# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SIERRA SHAWNEE TAYLOR, aka SIERRA SCHILDT <br><br> Defendant. | CR-19-24-GF-BMM <br><br><br> **ORDER** |

Defendant Sierra Shawnee Taylor appeared before United States Magistrate Judge John Johnston on July 17, 2019, and entered a plea of guilty to one count of Sexual Abuse of a Minor as charged in the Indictment. Judge Johnston entered Findings and Recommendations on September 25, 2018. (Doc. 33.) Judge Johnston determined: (1) that Taylor was fully competent and capable of entering an informed and voluntary plea; (2) that Taylor was aware of the nature of the charge against her and the consequences of pleading guilty to the charge; (3) that Taylor understood her constitutional rights, and the extent to which she was waving those rights by pleading guilty; and (4) that Taylor's plea of guilty was a knowing and voluntary plea supported by an independent basis in fact establishing each of the essential elements of the offenses charged in the Indictment. (Doc. 22 at 1-2.) Judge Johnston recommended that this Court accept Taylor's plea of

1

guilty to the criminal charge set forth in the Indictment, and that sentence be imposed. Neither party filed objections to Judge Johnston's Findings and Recommendations.

The Court has reviewed Judge Johnston's Findings and Recommendations for clear error given that no objections were filed. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error in Judge Johnston's Findings and Recommendations, and adopts them in full. The Court has set the sentencing for November 6, 2019 at 11:00am in Great Falls, MT.

Accordingly, **IT IS ORDERED**:

1. Taylor's Motion to Change Plea (Doc. 16) is **GRANTED**.
2. The Court will defer acceptance of the Plea Agreement (Doc. 19) until sentencing, at which time the Court will have reviewed both the Plea Agreement and the Presentence Investigation Report.

**DATED** this 29th day of July, 2019.

Brian Morris
United States District Court Judge